FILED
JUN 01 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I wish to file a pretrial petition for habeas corpus for the following violations Due process rights,

On 02-02-2021 The State sole witness whom testified at the indictment proceedings in the Criminal case against me, was allowed to make several false statements during his testimony, Detective Matthew Mocilen of the Peoria Police Dept, Testified That, My Cell phones location show me going to the place the crime took place, This is completely untrue And at no time on the day in question was I ever at said location, And My Cell phones location do not show me going to said location, It is undeniably clear that Detective Mocilen blatantly and intentionally gave false testimony to the grand jury,
Also On 01-21-2021 Detective Mocilen Spoke with John Barnwell whom told him I was out of town, He (Mocilen) Then Spoke with Justin Royer, whom told him that he droped me Off in New Baden IL, (About (2) and a half hours South of Peoria IL, Then at 1:18pm Mocilen Spoke to the Chief of police in New Baden whom told Mocilan that Yes I was in New Baden and had been since around 7am, Then on 01-23-2021 Mocilan Spoke to Clarance Sanders whom told him I Came to his house at 805 Perry in Peoria On 01-21-2021 And that he then followed me to the crime Seene, However Mocilan Clearly knew that

Said Statement could not have possible been true, Yet Moeilen in Bad faith and in violation of my due process rights presented Said statement to the grand jury, knowing it to be false,

Also Moeslen testified that I admitted to going to the victims home on 01-19-2021 at around 2am, However the original unaltered interigation video clearly shows I never made any such statement,

I went to hear a Motion to dismiss on 02-02-2023 which was denied because state presented to the court a grossly altered version of my interigation in which the video was altered in a way as to make it seem as if I did say I went to the victims home at around 2am on 01-19-2021,

However the My Attorney Mr Bart Beals has a copy of the original unaltered interigation video which proves I never made any such statement, further more, I would also argue that the states actions of altering Said video in what was clearly a act of bad faith in that its clear that Said video was altered with the sole perpose of deceiving and or misleading the court so the Judge would deny the Motion to dismiss, was and can be considered Malioes prosecution.

Christopher Sanders
301 N Maxwell Rd
Peoria IL 61604

Brandon [illegible]
301 N Maxwell Rd
Peoria IL 6[illegible]

PEORIA IL 616
31 MAY 2023 P 1 L

Office of the Clk
105 N[illegible] M[illegible]
Peoria IL 6[illegible]

legal
mail