Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Christopher Sanders** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 23-cv-1212 |
| **Peoria County Sheriff** | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is summarily dismissed without prejudice for failure to prosecute.

**Dated:** 7/11/2023

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court